**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**LUIS DOMINGUEZ-AGUILAR** | **Case No.: 4:22-CR-00003-CDL-MSH-1** |

## ORDER

Defendant was indicted on February 8, 2022, ECF No. 1, and arraigned on March 2, 2022, ECF No. 4.  A pretrial conference is currently scheduled for March 31, 2022.  Defendant has moved for a continuance of the pretrial conference and the government does not oppose. Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel using an interpreter, and to discuss a possible resolution with the Government.  Defendant and the Government request that this case be continued to the Court's September 2022 jury trial term.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the Court's September 2022 jury trial term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B).

SO ORDERED, this 23rd day of March, 2022.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT